

**GABRIEL P. HARVIS**
**BAREE N. FETT**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/16

May 20, 2016

BY ECF
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Coley v. City of New York, et al.*, 15 CV 9335 (RA)

Your Honor:

I represent plaintiff in the above-referenced civil rights action. I write to respectfully request a two-week extension of the deadline for plaintiff to amend his complaint, from May 23, 2016 until June 6, 2016. Defendants consent to this application.

During the course of discovery, plaintiff has received 876 pages of assorted discovery related to potential correction officer defendants. The undersigned has not yet had the opportunity to fully review the material, and has a number of personal and professional commitments over the next two weeks, including two trips out of town. Plaintiff would like the opportunity to carefully review defendants' production and confer with the defense, if necessary, in an effort to develop an amended complaint.

In light of the foregoing, plaintiff respectfully requests, on consent, a two-week extension of the deadline to move for leave to amend the complaint, from May 23, 2016 until June 6, 2016. This is plaintiff's first request for such an extension.

Hon. Ronnie Abrams
May 20, 2016

    Thank you for your consideration of this request.

Respectfully submitted,

*Gabriel P. Harvis*

Gabriel P. Harvis

cc:    Jorge Manuel Marquez, Esq.

Application granted.  SO ORDERED.

_____
Hon. Ronnie Abrams, U.S.D.J.
May 20, 2016