```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
DEVON COLEY,                        :   15 Civ. 9335 (RA) (JCF)
                                    :
                Plaintiff,          :          O R D E R
                                    :
     - against -                    :
                                    :
CITY OF NEW YORK and JOHN and JANE  :
DOES 1 through 10, individually and :
in their official capacities (the   :
names John and Jane Doe being       :
fictitious, as the true names are   :
presently unknown),                 :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - -:
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/16

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    The Superintendent or other official in charge of the Greene Correctional Facility, located in Coxsackie, New York, shall produce inmate Devon Coley, Inmate No. 15-R-2043, to participate in a settlement conference through means of video-conference from the Greene Correctional Facility to the United States Courthouse, Southern District of New York, on June 30, 2016, commencing at 1:30 p.m. until completion.

    Upon receipt of this Order, counsel for the plaintiff shall (1) transmit this Order to the Superintendent or other official in charge of the facility and (2) contact the Audio/Visual Department of the Southern District of New York at (212) 805-0134 in order to make the necessary arrangements for this video conference, including all information required to conduct a test. On or before

June 23, 2016, counsel for the plaintiff shall confirm to the Court that all necessary preparations have been made.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       June 2, 2016

Copies transmitted this date:

Gabriel P. Harvis, Esq.
Harvis, Wright & Fett LLP
305 Broadway, 14th Floor
New York, NY 10007

Jorge M. Marquez, Esq.
New York City Law Department
100 Church St.
New York, NY 10007